UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1744
_____

HADDRICK BYRD,
                            Appellant

v.

ROBERT SHANNON, Superintendent SCI-Frackville;
V. STANISHEFSKI, Corrections Health
Care Administrator SCI-Frackville;
JACK ROBINSON, Supervising Nurse SCI-Frackville;
H. SPENCER, Nurse SCI-Frackville;
DORINA VARNER, Chief Grievance Officer, Camp Hill, PA
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-09-cv-01551)
District Judge:  Honorable Sylvia H. Rambo
_____

Present:  FUENTES, FISHER and COWEN, *Circuit Judges*.
_____

SUR PETITION FOR PANEL REHEARING
_____


        The petition for panel rehearing filed by Appellant having been submitted to the
judges who participated in the decision of this court, it is hereby ORDERED that the
petition for panel rehearing is GRANTED.  The opinion filed March 11, 2013, is hereby
VACATED, and a subsequent opinion will be issued.

        The court's order entered March 27, 2013, denying the motion for stay of the
payment of the filing fee is VACATED.  Payment of the filing fee shall be stayed
pending further order of the court.

                                BY THE COURT:

                                */s/ D. Michael Fisher*
                                Circuit Judge

Dated: April 2, 2013

CJG/cc:       Haddrick Byrd
                Raymond W. Dorian, Esq.
                Richard H. Frankel, Esq.
                Alexandra Scanlon
                Rebecca Trela